**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**BILLY McELROY**                                                                   **PLAINTIFF**

**v.**                                       **CASE NO. 4:24-CV-00690-BSM**

**LIFE INSURANCE COMPANY**
**OF NORTH AMERICA**                                                    **DEFENDANT**

## JUDGMENT

Consistent with the order entered today, this case is dismissed with prejudice.

IT IS SO ORDERED this 16th day of January, 2025.

_____
UNITED STATES DISTRICT JUDGE